502505982      09/23/2013

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Reagan Inventions, LLC | 09/23/2013 |

### RECEIVING PARTY DATA

| Name: | Ariel Inventions, LLC |
|---|---|
| Street Address: | 19333 Collins Ave Suite 2501 |
| City: | Sunny Isles Beach |
| State/Country: | FLORIDA |
| Postal Code: | 33160 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 8424752 |

### CORRESPONDENCE DATA

Fax Number:    3124892364
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:         6307100094
Email:         das@techlawllp.com
Correspondent Name:  Atanu Das
Address Line 1:  2851 N Burling St Unit 1S
Address Line 4:  Chicago, ILLINOIS 60657

| ATTORNEY DOCKET NUMBER: | LEIGH-33 CON |
|---|---|
| NAME OF SUBMITTER: | Atanu Das |
| Signature: | /Atanu Das/ |
| Date: | 09/23/2013 |

Total Attachments: 2
source=L--33_CON_Reagan-Ariel_Assignment_Signed_Image#page1.tif
source=L--33_CON_Reagan-Ariel_Assignment_Signed_Image#page2.tif

502505982

OP  $40.00  8424752

PATENT
REEL: 031261 FRAME: 0964

PATENT

## ASSIGNMENT

**WHEREAS, WE,** Reagan Inventions, LLC, of 19333 Collins Ave #2501, Sunny Isles Beach, FL 33160 has ownership rights for the following patent and patent applications, hereinafter referred to Assignor:

1. US Patent No. 8,424,752

**WHEREAS,** Ariel Inventions, LLC, of 19333 Collins Ave #2501, Sunny Isles Beach, FL 33160, with a principal place of business at 19333 Collins Avenue #2501 Sunny Isles Beach, FL 33160, hereinafter referred to as Assignee, is desirous of acquiring the entire domestic and foreign right, title, and interest in and under the inventions described in the above patent and patent applications.

**NOW, THEREFORE,** for good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged, Assignor assigns and transfers to the Assignee and the Assignee's legal representatives, successors and assigns the full and exclusive rights in and to the inventions in the U.S. and every foreign country and the entire right, title, and interest in and to the above patent and patent applications and other such applications (e.g., provisional applications, non-provisional applications, continuations, continuations-in-part, divisionals, reissues, reexaminations, PCT applications, National phase applications, including petty patent applications, and utility model applications) that may be filed in the United States and every foreign country on the inventions disclosed in the above patent applications, and the patents, extensions, or derivations thereof, both foreign and domestic, that may issue thereon, and we do hereby authorize and request the Commissioner of Patents to issue U.S. patents to the above-mentioned Assignee agreeably with the terms of this assignment document.

**UPON SAID CONSIDERATION,** we convey to the Assignee the right to make application in its own behalf for protection of the inventions in the above patent and patent applications in the U.S. and countries foreign to the U.S. and to claim under the Patent Cooperation Treaty, the International Convention and/or other international arrangement for any such application the date of the U.S. application (or any other application on the invention) to gain priority with respect to other applications.

**WE DO HEREBY COVENANT** and agree with the Assignee that we, the Assignor, will not execute any writing or do any act whatsoever conflicting with the terms of this assignment document set forth herein, and that we will at any time upon request, without further or additional consideration, but at the expense of the Assignee, execute such additional assignments and other writings and do such additional acts as the Assignee may deem necessary or desirable to perfect the Assignee's enjoyment of this assignment, and render all necessary assistance in making application for and obtaining original, continuation, continuation-in-part, divisional, reissued, reexamined, PCT applications and National phase patents of the U.S. or of any and all foreign countries on the inventions disclosed in the above patent and patent applications, and in enforcing any rights or causes in action accruing as a result of such applications or patents, and by executing statements and other affidavits, it being understood that the foregoing covenant and agreement shall bind, and inure to the benefit of, the assigns and legal representatives of all parties hereto.

Page 1 of 2

Reagan Inventions, LLC: _[signature]_
Date: 9/23

Leigh M. Rothschild
Authorized Agent for
Reagan Inventions, LLC

Ariel Inventions, LLC: _[signature]_
Date: 9/23

Leigh M. Rothschild
Authorized Agent for
Ariel Inventions, LLC