502319977     04/22/2013

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Mr. Leigh Rothschild | 04/20/2013 |

**RECEIVING PARTY DATA**

| Name: | Ariel Inventions, LLC |
|---|---|
| Street Address: | 19333 Collins Ave Suite 2501 |
| City: | Sunny Isles Beach |
| State/Country: | FLORIDA |
| Postal Code: | 33160 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 13868071 |

**CORRESPONDENCE DATA**

Fax Number: 3124892364
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 630-710-0094
Email: das@davinciintellectualproperty.com
Correspondent Name: DaVinci Intellectual Property LLC
Address Line 1: 2851 N. Burling St Unit 1S
Address Line 4: Chicago, ILLINOIS 60657

| ATTORNEY DOCKET NUMBER: | LEIGH-33 CON2 |
|---|---|
| NAME OF SUBMITTER: | Atanu Das |
| Signature: | /Atanu Das/ |
| Date: | 04/22/2013 |

Total Attachments: 2
source=L-33_CON2_Assignment_p1_signed#page1.tif
source=L-33_CON2_Assignment_p2_signed#page1.tif

502319977

PATENT
REEL: 030273 FRAME: 0370

PATENT

## ASSIGNMENT

Whereas I, the undersigned, Leigh M. ROTHSCHILD, residing at 19333 Collins Avenue, Apartment #2501, Sunny Isles Beach, FL 33160-2336, hereby have made certain inventions or discoveries (or both) set forth in a United States Patent Application entitled System and Method for Storing and Retrieving Digital Content with Physical File Systems, identified US Patent Application No. 13868071 and as Attorney Docket No: Leigh-33 CON2, which application was executed by me on April 20, 2013, and filed herewith; and

Whereas, Ariel Inventions, L.L.C., a Florida corporation, having a place of business at, 19333 Collins Avenue, Apartment #2501, Sunny Isles Beach, FL 33160-2336, and which, together with its successors and assigns, is hereinafter called "Assignee," is desirous of acquiring the title, rights, benefits and privileges hereinafter recited.

In the event that the execution date, filing date and/or Application No. are not entered above at the time I execute this document, and if such information is deemed necessary, I hereby authorize and request my attorneys at Da Vinci Intellectual Property, LLC at 2851 N Burling Street Unit 1S, Chicago, Illinois 60657 to insert above the execution date, filing date and/or Application Number of said application.

Now, therefore, for valuable consideration furnished by Assignee to me, receipt and sufficiency of which I hereby acknowledge, I hereby, without reservation:

1. Assign, transfer and convey to Assignee the entire right, title and interest in and to said inventions and discoveries, said application and any application for Letters Patent of the United States of America, any and all other applications for Letters Patent on said inventions and discoveries in whatsoever countries, including all divisional, renewal, substitute, continuation, continuation-in-part, reissue, reexamination and Convention applications based in whole or in part upon said inventions or discoveries, or upon said applications, and any and all Letters Patent, reissues, reexaminations, and extensions of Letters Patent granted for said inventions and discoveries or upon said applications, and every priority right that is or may be predicated upon or arise from said inventions, said discoveries, said applications and said Letters Patent;

2. Authorize Assignee to file patent applications in any or all countries on any or all of said inventions and discoveries in my name or in the name of Assignee or otherwise as Assignee may deem advisable, under the International Convention or otherwise;

Attorney Docket No: Leigh-33 CON2

3. Authorize and request the Director of the United States Patent and Trademark Office and the empowered officials of all other governments to issue or transfer all said Letters Patent to Assignee, as assignee of the entire right, title and interest therein or otherwise as Assignee may direct;

4. Warrant that I have not knowingly conveyed to others any right in said inventions, discoveries, applications or patents or any license to use the same or to make, use or sell anything embodying or utilizing any of said inventions or discoveries; and that I have good right to assign the same to Assignee without encumbrance;

5. Bind my heirs, legal representatives and assigns, as well as myself, to do, upon Assignee's request and at Assignee's expense, but without additional consideration to me or them, all acts reasonably serving to assure that the said inventions and discoveries, the said patent applications and the said Letters Patent shall be held and enjoyed by Assignee as fully and entirely as the same could have been held and enjoyed by me, my heirs, legal representatives and assigns if this assignment had not been made; and particularly to execute and deliver to Assignee all lawful application documents including petitions, specifications and oaths, and all assignments, disclaimers, and lawful affidavits in form and substance as may be requested by Assignee; to communicate to Assignee all facts known to me relating to said inventions and discoveries or the history thereof; and to furnish Assignee with any and all documents, photographs, models, samples and other physical exhibits in my control or in the facts of our conceptions, disclosures, and reduction to practice of said inventions and discoveries.

In testimony of which I have executed this Assignment instrument on the date indicated next to my name.

**INVENTOR**

Dated: 4-20-13

_____
Leigh M. Rothschild

2