IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,** | Case No. 3:18-cv-00687 |
| Plaintiff, | **TRIAL BY JURY DEMANDED** |
| v. | |
| **JOHNSON HEALTH TECH NORTH AMERICA, INC.,** d/b/a **MATRIX,** | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Symbology Innovations LLC, and the Defendant Johnson Health Tech North America, Inc. d/b/a Matrix hereby stipulate to the dismissal of the above-captioned action and all claims and counterclaims that were or could have been asserted therein, on the merits, with prejudice, and without costs to any party. Each side to bear their own fees.

Dated this 20th day of December, 2018.

| | |
|---|---|
| **FERRAIUOLI LLC** | **MICHAEL BEST & FRIEDRICH LLP** |
| By: */s/Eugenio J. Torres-Oyola* | By: */s/ John C. Scheller* |
| Eugenio J. Torres-Oyola USDC No. 215505 | John C. Scheller, SBN 1031247 |
| Jean G. Vidal Font USDC No. 227811 | Gilbert O. Nwaopara, SBN 1101469 |
| 221 Plaza, 5th Floor | One South Pinckney Street, Suite 700 |
| 221 Ponce de León Avenue | P.O. Box 1806 |
| San Juan, PR 00917 | Madison, WI 53701-1806 |
| Telephone: (787) 766-7000 | Telephone: (608) 257-3501 |
| Facsimile: (787) 766-7001 | Facsimile: (608) 283-2275 |

| | |
|---|---|
| Email: etorres@ferraiuoli.com<br>jvidal@ferraiuoli.com | Email:  jcscheller@michaelbest.com<br>gonwaopara@michaelbest.com |
| *Attorneys For Plaintiff Symbology Innovations LLC* | *Attorneys for Defendant Johnson Health Tech North America, Inc., d/b/a Matrix* |